**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LUIS A. LOPEZ,

     Plaintiff,

v.                                  Case No: 8:21-cv-2808-WFJ-JSS

EQUIFAX INFORMATION
SERVICES, LLC,

     Defendant.

_____/

## O R D E R

    The Court has been advised by **the Notice of Settlement (Dkt. 18)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on April 15, 2022.

                             s/*William F. Jung*
                             **WILLIAM F. JUNG**
                             **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record